

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00136-CR

STEVEN SEARLS, Appellant

§ On Appeal from the 16th District Court

§ of Denton County (F17-3268-16)

v.

§ August 27, 2019

§ Opinion by Justice Bassel

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel